STATE OF CONNECTICUT *v.* LARRY A. RADICIONI
(11776)

STATE OF CONNECTICUT *v.* LINDA J. HURST
(11777)

DALY, FOTI and LANDAU, Js.

Submitted September 27—decision released October 12, 1993

*Michael L. Regan,* assistant state's attorney, with whom, on the brief, was *C. Robert Satti, Sr.,* state's attorney, for the appellant (state).

*Joseph F. Segal,* for the appellees (defendants).

PER CURIAM. This consolidated action is now before us on remand from the Supreme Court. The relevant facts are fully reported in *State* v. *Radicioni,* 32 Conn. App. 267, 629 A.2d 432, remanded for reconsideration, 227 Conn. 921, 632 A.2d 698 (1993). We have reconsidered our decision in light of *State* v. *Diaz,* 226 Conn. 514, 628 A.2d 567 (1993).

The judgments are reversed and the case is remanded for further proceedings.